# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:09-00258 |
| | ) | |
| Bernard T. Garrett | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A preliminary and detention hearing is scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time: October 18, 2012 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 15, 2012

*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*