UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:09-00258 |
| ) | |
| BERNARD T. GARRETT ) | |

**O R D E R**

The Court has received a letter dated November 27, 2012, from Francisco J. Quintana, Warden of the Federal Medical Center in Lexington, Kentucky. The Clerk is directed to file a copy of Warden Quintana's letter in this case. By this letter, Warden Quintana seeks an extension of time to and including February 1, 2013, in order to complete a mental health evaluation on defendant Garrett.

The extension as requested in Warden Quintana's letter is GRANTED.

The Clerk is directed to fax a copy of this order to Warden Quintana at (859) 253-8845.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge