UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA ]
]
v. ] No. 3:09-CR-00258
] Judge Haynes/ Magistrate Bryant
BERNARD THOMAS GARRETT ]

ORDER
This motion is GRANTED but the report shall be treated under seal
[signature]
USDJ
9-20-13

**MOTION REQUESTING COURT RELEASE**
**RESULTS OF SEALED PSYCHIATRIC EVALUATION TO THE PARTIES**

Comes now the defendant, BERNARD THOMAS GARRETT, through counsel, and moves this Honorable Court, to release the results of the sealed psychiatric evaluation (Docket No. 87) to the attorney for Mr. Garrett and the Assistant United States Attorney.

In support of this motion, Mr. Garrett submits the following:

Mr. Garrett is currently before the court on a supervised release violation alleging a number of misdemeanor arrests and a few convictions (Docket No. 59). In July 2010, Mr. Garrett was sentenced to a three-year period of supervised release and has done well for the first two years (Docket No. 59); this is the first arrest warrant that has issued based upon allegations that Mr. Garrett violated his supervised release (Docket No. 59).

On October 15, 2012, Mr. Garrett was arrested on the supervised release violation (Docket Nos. 60 &61). On October 22, 2012, undersigned counsel met with Mr. Garrett for the first time regarding his supervised release violation (the federal defender was present for the initial appearance). Following a meeting with Mr. Garrett, undersigned counsel had concerns about Mr. Garrett's competency.

Mr. Garrett was subsequently ordered to the custody of the Bureau of Prisons for a forensic evaluation. The time needed for his evaluation has been extended. On September 11,