IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CASE NO. 3:09-00258 |
| | ) | Chief Judge Haynes |
| v. | ) ) | |
| BERNARD T. GARRETT, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

Before the Court is the United States's motion to dismiss violations alleged in the petition (Docket Entry No. 9) that upon review is **GRANTED**. The Petition for Warrant for offender under supervision (Docket Entry No. 59) is **DENIED as moot**.

It is so **ORDERED**.

ENTERED this the 23rd day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court